John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800
Facsimile:  (206) 274-2801

Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
1900 Powell Street, Sixth Floor
Santa Monica, CA 94608
Telephone: (415) 944-5422
Facsimile:  (415) 944-5423

Attorneys for Plaintiff
ACCELERIZE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ACCELERIZE, INC., | Case No. 15-cv-00758-JVS-DFM |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL** |
| XMISSION, L.C., et al., | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Accelerize, Inc. hereby voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated June 8, 2015.

                        Respectfully Submitted,

                        **NEWMAN DU WORS LLP**

By: _/s/ John Du Wors_____
     John Du Wors, State Bar No. 233913
     *john@newmanlaw.com*

     Attorney for Plaintiff
     ACCELERIZE NEW MEDIA, INC.